UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――X
)
DAVID MAHER, )
)
Plaintiff, )
) **NOTICE OF MOTION**
v. )
) Case No.: __ Civ. _____ (___)
COMPASS, )
)
Defendant. )
)
This document relates to: )
)
JESSICA MAHER v. DAVID ATKINSON )
MAHER, E.D.N.Y. Case No. 17 Civ. 0173 )
(ADS) (ARL) )
―――――――――――――――――――――――――X

PLEASE TAKE NOTICE that, upon the annexed Declaration of Kathy S. Marks, sworn to on October 4, 2018, and the exhibits annexed thereto, and the accompanying Memorandum in Support of Motion to Compel, the undersigned will move before the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 40 Centre Street or 500 Pearl Street, New York, New York 10007, on October 22, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard before the Part I Judge, pursuant to Federal Rule of Civil Procedure 45, for an order compelling Compass to produce certain documents responsive to David Maher's June 28, 2018 subpoena, and such other and further relief as the Court deems proper.

Pursuant to Local Civil Rule 6.1(a), any opposing affidavits and answering memoranda of law shall be served within seven days after service of these papers, and reply affidavits and reply memoranda of law shall be served within two days after service of the answering papers.

{00102515 1 }

Dated: White Plains, New York
October 9, 2018

        YANKWITT LLP

By: _____
Kathy S. Marks, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
Telephone: (914) 686-1500
kathy@yankwitt.com

*Attorneys for Plaintiff*

To:    By Electronic and 1st Class Mail
Timothea Letson, General Counsel
Compass
90 Fifth Avenue, 3rd Floor
New York, NY 10011
Timothea.letson@compass.com

Jeffrey A. Aronsky, Esq.
Jeffrey A. Aronsky, P.C.
Attorneys for Jessica Maher
800 Second Ave, Suite 301
New York, NY 10017
jaronsky@aronskylaw.net